# Third District Court of Appeal
## State of Florida

Opinion filed February 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1080
Lower Tribunal No. F08-8259
_____

**Pleadro Jermaine Scott,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Pleadro Jermaine Scott, in proper person.

Ashley Moody, Attorney General, and Sonia Perez, Assistant Attorney General, for appellee.

Before HENDON, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.